trial ordered, with costs to the appellant to abide the event, upon the ground that the verdict is against the weight of the evidence. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

Sabino Wolfish, Respondent, v. Hyman Blachinsky and Fannie Conheim, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

Hyman Wolfish, Respondent, v. Hyman Blachinsky and Fannie Conheim, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

Marie Bianco, an Infant, etc., by Her Guardian ad Litem, Andrew A. Bianco, Respondent, v. Sun Oil Company, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

Samuel Davis, Respondent, v. Max Kurzrok, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Martin, J., dissents.

Harris B. McKenzie, Appellant, v. Wappler Electric Company, Inc., and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ. [128 Misc. 827.]

Joseph Roth, Respondent, v. Ignatz Kleinberg and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

Joseph Roubo, as Administrator, etc., of Anna Roubo, Deceased, Respondent, v. The Pennsylvania Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Application of Eugene Caherly, Petitioner, against Richard C. Patterson, Jr., as Commissioner of the Department of Corrections of the City of New York, Respondent.— Order of certiorari dismissed and determination confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

The People of the State of New York, Respondent, v. Elizabeth Burke, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

Theresa Auliso Guarino, as Administratrix, etc., of Vito Auliso, Deceased, Respondent, v. O. Civil Truckman, Incorporated, Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

Samuel O. Lazarus and Others, Appellants, v. New York Dock Company, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

Walter C. Allen, Appellant, v. Fredrik Hurum, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

Walter C. Allen, Appellant, v. Fredrik Hurum, Respondent.— Order